UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
LAMIS ALKHARSA,

                              Plaintiff,

    - against -

NEW HANG DAR CONSTRUCTION, INC., JIMMY
HO, BRIAN ILL DEVELOPMENT, LLC, BRIAN ILL,
MADALEX, LLC, SCOTT EDELSTEIN, ALEX TEREZ,
EMPIRE MANAGEMENT AMERICA CORP. a/k/a
EMPIRE MANAGEMENT, and FRED SHALOM,

                              Defendants.
----------------------------------------------------------------X

**STATEMENT PURSUANT TO RULE 7.1**

Docket No.: 08-CIV-4254(JGK)

Pursuant to Federal Rule of Civil Procedure 7.1 {formerly Local General Rule 1.9} and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **NEW HANG DAR CONSTRUCTION, INC.** and **JIMMY HO,** (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Elmsford, New York
       May 22, 2008

                        By: _____
                             James M. Skelly (JMS/4844)

                             **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
                             Attorneys for Defendants
                             **NEW HANG DAR CONSTRUCTION, INC.** and **JIMMY HO**
                             530 Saw Mill River Road
                             Elmsford, New York 10523
                             (914) 345-3701
                             File No.: 495.81794

TO:  **ROBERT G. LEINO, ESQ.**
Attorney for Plaintiff
**LAMIS ALKHARSA**
354 East 91st Street, Apt. 1101
New York, New York 10128
(212) 289-8357

BRIAN ILL DEVELOPMENT, LLC
*Not Yet Answered*

BRIAN ILL
*Not Yet Answered*

MADALEX, LLC
*Not Yet Answered*

SCOTT EDELSTEIN
*Not Yet Answered*

ALEX TEREZ
*Not Yet Answered*

EMPIRE MANAGEMENT AMERICA CORP. a/k/a EMPIRE MANAGEMENT
*Not Yet Answered*

FRED SHALOM
*Not Yet Answered*

{NY038208.1}                               2

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         : ss:
COUNTY OF WESTCHESTER    )

GINGER HUNTER, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Elmsford, New York.

On the ____ day of May, 2008, deponent served the within **STATEMENT PURSUANT TO RULE 7.1,** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:    **ROBERT G. LEINO, ESQ.**
Attorney for Plaintiff
**LAMIS ALKHARSA**
354 East 91st Street, Apt. 1101
New York, New York 10128
(212) 289-8357

BRIAN ILL DEVELOPMENT, LLC
*Not Yet Answered*

BRIAN ILL
*Not Yet Answered*

MADALEX, LLC
*Not Yet Answered*

SCOTT EDELSTEIN
*Not Yet Answered*

ALEX TEREZ
*Not Yet Answered*

EMPIRE MANAGEMENT AMERICA CORP. a/k/a EMPIRE MANAGEMENT
*Not Yet Answered*

{NY038208.1}

FRED SHALOM
*Not Yet Answered*

_____
GINGER HUNTER

Sworn to before me on this
____ day of May, 2008

_____
NOTARY PUBLIC