UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

LAMIS ALKHARSA,

                Plaintiff,

   - against -

NEW HANG DAR CONSTRUCTION, INC., JIMMY
HO, BRIAN ILL DEVELOPMENT, LLC, BRIAN ILL,
MADALEX, LLC, SCOTT EDELSTEIN, ALEX TEREZ,
EMPIRE MANAGEMENT AMERICA CORP. a/k/a
EMPIRE MANAGEMENT, and FRED SHALOM,

                Defendants.
------------------------------------------------------------------X

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF PLAINTIFF**

Docket No.: 08-CIV-4254(JGK)

     **PLEASE TAKE NOTICE**, that pursuant to Federal Rules of Civil Procedure, the defendants, **NEW HANG DAR CONSTRUCTION, INC.** and **JIMMY HO,** will take the testimony of plaintiff before a Notary Public as to all relevant facts and circumstances in connection with the cause of action and allegations herein including liability and damages, on the 23rd day of June, 2008 at 10:00 in the forenoon of that day at the law offices of **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**, 530 Saw Mill River Road, Elmsford, New York 10523.

     **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Federal Rules of Civil Procedure, the parties to be deposed are directed to produce at this examination, for the purpose of refreshing their recollections and for examinations, inspection and copying, all records, books, photographs, documents, correspondence and other writings and papers in their possession or

{NY038209.1}

available to them, which relate to the matters herein on which the parties are to be examined under this notice.

Dated: Elmsford, New York
May 22, 2008

By: _____
James M. Skelly (JMS/4844)

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendants
**NEW HANG DAR CONSTRUCTION, INC. and JIMMY HO,**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 495.81794

TO:  **ROBERT G. LEINO, ESQ.**
Attorney for Plaintiff
**LAMIS ALKHARSA**
354 East 91st Street, Apt. 1101
New York, New York 10128
(212) 289-8357

BRIAN ILL DEVELOPMENT, LLC
*Not Yet Answered*

BRIAN ILL
*Not Yet Answered*

MADALEX, LLC
*Not Yet Answered*

SCOTT EDELSTEIN
*Not Yet Answered*

ALEX TEREZ
*Not Yet Answered*

EMPIRE MANAGEMENT AMERICA CORP. a/k/a EMPIRE MANAGEMENT
*Not Yet Answered*

FRED SHALOM
*Not Yet Answered*

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK            )
                             : ss:
COUNTY OF WESTCHESTER        )

GINGER HUNTER, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Elmsford, New York.

On the ____ day of May, 2008, deponent served the within **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF PLAINTIFF,** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:  **ROBERT G. LEINO, ESQ.**
Attorney for Plaintiff
**LAMIS ALKHARSA**
354 East 91st Street, Apt. 1101
New York, New York 10128
(212) 289-8357

BRIAN ILL DEVELOPMENT, LLC
*Not Yet Answered*

BRIAN ILL
*Not Yet Answered*

MADALEX, LLC
*Not Yet Answered*

SCOTT EDELSTEIN
*Not Yet Answered*

ALEX TEREZ
*Not Yet Answered*

EMPIRE MANAGEMENT AMERICA CORP. a/k/a EMPIRE MANAGEMENT
*Not Yet Answered*

FRED SHALOM
*Not Yet Answered*

_____
GINGER HUNTER

Sworn to before me on this
\_\_\_\_ day of May, 2008

_____
NOTARY PUBLIC