UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAMIS ALKHARSA,

                       Plaintiff,

- against -

NEW HANG DAR CONSTRUCTION, INC., JIMMY HO,
BRIAN ILL DEVELOPMENT, LLC, BRIAN ILL,
MADALEX, LLC, SCOTT EDELSTEIN, ALEX TEREX,
EMPIRE MANAGEMENT AMERICA CORP. AKA EMPIRE
MANAGEMENT and FRED SHALOM,

                       Defendants.
-------------------------------------------------------------------X

Docket No. 08 CIV 4254
(JGK)

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PURSUANT TO LOCAL CIVIL RULE 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants EMPIRE MANAGEMENT AMERICA CORP., s/h/a EMPIRE MANAGEMENT AMERICA CORP. a/k/a EMPIRE MANAGEMENT, and FRED SHALOM respectfully submit the following corporate disclosure statement:

      1.     Defendant, EMPIRE MANAGEMENT AMERICA CORP. is a corporation organized and existing under the laws of the State of New York.

      2.     Defendant, EMPIRE MANAGEMENT AMERICA CORP. has no affiliates or parent companies within the meaning of the definition of Rule 7.1 of the Federal Rules of Civil Procedure.

Dated: Mineola, New York
June --, 2008

                                   **HAVKINS ROSENFELD RITZERT
&amp; VARRIALE, LLP**

By: _____*Carlie Fitapelli*_____
     Carlie Fitaeplli (CF5116)
Attorneys for Defendants
*EMPIRE MANAGEMENT AMERICA
CORP., s/h/a EMPIRE MANAGEMENT
AMERICA CORP. a/k/a EMPIRE
MANAGEMENT and FRED SHALOM*
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700
File No.: 03109-0149

**TO:**

**ROBERT G. LEINO, ESQ.**
Attorneys for Plaintiff
*LAMIS ALKHARSA*
354 East 91st Street, Apt. 1101
New York, New York 10128

**JAMES M. SKELLY**
**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendants
*NEW HANG DAR CONSTRUCTION, INC. AND JIMMY HO*
530 Saw Mill River Road
Elmsford, New York 10523
File No.: 495.81794
(914) 345-3701

**BRIAN ILL DEVELOPMENT, LLC**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**BRIAN ILL**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**MADALEX, LLC**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

**SCOTT EDELSTEIN**
*Not Yet Answered*
10 Old Jackson Avenue
Hastings-on-Hudson, New York 10706

**ALEX TEREZ**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

## CERTIFICATE OF SERVICE

I, **Carlie Fitapelli,** hereby certify that on June 19, 2008, the foregoing document, **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PURSUANT TO LOCAL CIVIL RULE 7.1,** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

**ROBERT G. LEINO, ESQ.**
354 East 91st Street, Apt. 1101
New York, New York 10128

**JAMES M. SKELLY**
MARKS, O'NEILL, O'BRIEN &
COURTNEY, P.C.
530 Saw Mill River Road
Elmsford, New York 10523
File No.: 495.81794

**BRIAN ILL DEVELOPMENT, LLC**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**BRIAN ILL**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**MADALEX, LLC**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

**SCOTT EDELSTEIN**
*Not Yet Answered*
10 Old Jackson Avenue
Hastings-on-Hudson, New York 10706

**ALEX TEREZ**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

_____
**CARLIE FITAPELLI, ESQ.** (CF5116)
HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP
Attorneys for Defendant
*EMPIRE MANAGEMENT AMERICA CORP.*
*d/b/a EMPIRE MANAGMENT*
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700
File No.: 3109-149

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss:
COUNTY OF NASSAU    )

**HELEN SOMERSET**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Stewart Manor, New York.

On the 19th day of June, 2008, I served a true copy of the within **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PURSUANT TO LOCAL CIVIL RULE 7.1** by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

To:

**ROBERT G. LEINO, ESQ.**
354 East 91st Street, Apt. 1101
New York, New York 10128

**JAMES M. SKELLY**
**MARKS, O'NEILL, O'BRIEN &**
**COURTNEY, P.C.**
530 Saw Mill River Road
Elmsford, New York 10523
FILE NO.: 495.81794

**BRIAN ILL DEVELOPMENT, LLC**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**BRIAN ILL**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**MADALEX, LLC**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

**SCOTT EDELSTEIN**
*Not Yet Answered*
10 Old Jackson Avenue
Hastings-on-Hudson, New York 10706

**ALEX TEREZ**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

_____
**HELEN SOMERSET**

Sworn to before me this
19th day of June, 2008

_____
Notary Public
JESSICA MAUREEN SERVA
Notary Public, State of New York
No. 02SE6137840
Qualified in Nassau County
Commission Expires December 5, 2011