UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

LAMIS ALKHARSA,

**No. 08 CIV 4254 (JGK)**

Plaintiff,

**REPLY TO CROSS-CLAIM**

- against -

NEW HANG DAR CONSTRUCTION, INC., JIMMY HO,
BRIAN ILL DEVELOPMENT, LLC, BRIAN ILL,
MADALEX, LLC, SCOTT EDELSTEIN, ALEX TEREX,
EMPIRE MANAGEMENT AMERICA CORP. A/K/A
EMPIRE MANAGEMENT and FRED SHALOM,

Defendant(s).
-------------------------------------------------------------------------X

Defendants, EMPIRE MANAGEMENT AMERICA CORP., d/b/a EMPIRE

MANAGEMENT and FRED SHALOM, by their attorneys, Havkins Rosenfeld Ritzert &

Varriale, LLP, as and for their Reply to the Cross-Claim of defendants, NEW HANG DAR

CONSTRUCTION, INC. and JIMMY HO, dated May 14, 2008, allege, upon information and

belief, as follows:

1.      Deny knowledge or information sufficient to form a belief as to the allegations

contained within the cross-claim of defendants, NEW HANG DAR CONSTRUCTION, INC.

and JIMMY HO, and refer all questions of law to the Court for a determination, except deny

each and every allegation contained within the Cross-Claim as it pertains to the answering

defendants.

WHEREFORE, defendants EMPIRE MANAGEMENT AMERICA CORP., d/b/a

EMPIRE MANAGEMENT and FRED SHALOM, demand judgment dismissing the Cross-

Claim of defendants, NEW HANG DAR CONSTRUCTION, INC. and HIMMY HO, together

with such other and further relief as the Court deems just and proper.

01230309.DOC /

Dated: Mineola, New York
      June 19, 2008

                                        **HAVKINS ROSENFELD RITZERT**
                                        **& VARRIALE, LLP**

By: _Carlie Fitapelli_
                    Carlie Fitapelli (CF 5116)
Attorneys for Defendants
*EMPIRE MANAGEMENT AMERICA CORP.*
*A/K/A EMPIRE MANAGEMENT, and*
*FRED SHALOM*
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700
(516) 746-0833 (Fax)
File No.: 03109-0149

01230309.DOC /

**To:**

**ROBERT G. LEINO, ESQ.**
*Attorneys for Plaintiff*
354 East 91st Street, Apt. 1101
New York, New York 10128


**JAMES M. SKELLY**
**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendants
*NEW HANG DAR CONSTRUCTION, INC.*
*AND JIMMY HO*
530 Saw Mill River Road
Elmsford, New York 10523
File No.: 495.81794
(914) 345-3701

**BRIAN ILL DEVELOPMENT, LLC**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**BRIAN ILL**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**MADALEX, LLC**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

**SCOTT EDELSTEIN**
*Not Yet Answered*
10 Old Jackson Avenue
Hastings-on-Hudson, New York 10706

**ALEX TEREZ**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

01230309.DOC /

## CERTIFICATE OF SERVICE

I, **Carlie Fitapelli,** hereby certify that on June 19, 2008, the foregoing document, **REPLY TO CROSS-CLAIM,** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

**ROBERT G. LEINO, ESQ.**
354 East 91st Street, Apt. 1101
New York, New York 10128

**JAMES M. SKELLY**
**MARKS, O'NEILL, O'BRIEN &**
**COURTNEY, P.C.**
530 Saw Mill River Road
Elmsford, New York 10523
File No.: 495.81794

**BRIAN ILL DEVELOPMENT, LLC**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**BRIAN ILL**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**MADALEX, LLC**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

**SCOTT EDELSTEIN**
*Not Yet Answered*
10 Old Jackson Avenue
Hastings-on-Hudson, New York 10706

**ALEX TEREZ**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

*Carlie Fitapelli*

**CARLIE FITAPELLI, ESQ.** (CF5116)
HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP
Attorneys for Defendant
*EMPIRE MANAGEMENT AMERICA CORP.*
*d/b/a EMPIRE MANAGMENT*
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700
File No.: 3109-149

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                    ) ss:

COUNTY OF NASSAU         )

         **HELEN SOMERSET**, being duly sworn, deposes and says:

         I am not a party to the action, am over 18 years of age and reside in Stewart Manor, New York.

         On the 19th day of June, 2008, I served a true copy of the within **REPLY TO CROSS-CLAIM** by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

**To:**

**ROBERT G. LEINO, ESQ.**
354 East 91st Street, Apt. 1101
New York, New York 10128

**JAMES M. SKELLY**
**MARKS, O'NEILL, O'BRIEN &**
**COURTNEY, P.C.**
530 Saw Mill River Road
Elmsford, New York 10523
FILE NO.: 495.81794

**BRIAN ILL DEVELOPMENT, LLC**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**BRIAN ILL**
*Not Yet Answered*
611 Riverside Avenue
Westport, Connecticut 06880

**MADALEX, LLC**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

**SCOTT EDELSTEIN**
*Not Yet Answered*
10 Old Jackson Avenue
Hastings-on-Hudson, New York 10706

**ALEX TEREZ**
*Not Yet Answered*
150 Broad Hollow Road, Suite 355
Melville, New York 11747

                                     **HELEN SOMERSET**

Sworn to before me this
19th day of June, 2008

_____
                Notary Public

JESSICA MAUREEN SERVA
Notary Public, State of New York
No. 02SE6137840
Qualified in Nassau County
Commission Expires December 5,

5