**UNITED DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
(NAME OF COURT)

| LAMIS ALKHARSA | VS | BRIAN ILL DEVELOPMENT LLC | NO. 08 CIV 4254 (JGK). |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **BRAD F. STENDER**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **BRIAN ILL OF BRIAN ILL DEVELOPMENT LLC.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **2 SUMMONS FOR BRIAN ILL AND BRIAN ILL DEVELOPMENT LLC.**

by leaving with **BRIAN ILL**      **DEFENDANT AND OWNER OF COMPANY**      At
                   NAME                    RELATIONSHIP

☐ Residence _____
                    ADDRESS                      CITY / STATE

☒ Business    **611 RIVERSIDE AVENUE**    **WESTPORT CT. 06880.**
                    ADDRESS                      CITY / STATE

On **6/17/08.** AT **5:19 PM.**
       DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
     CITY         STATE         ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) **6/13/08  9AM**  (2) **6/14/08  10AM**
                                                       DATE  TIME         DATE  TIME

(3) **6/16/08  1PM**  (4) _____  (5) _____
      DATE  TIME            DATE  TIME          DATE  TIME

**Description:** Age **50S** Sex **M** Race **W** Height **5'8** Weight **AVG.** Hair **BRN** Beard ----- Glasses -----

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _18th_ day of _June_, 20_08_, by _____
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _Connecticut_



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS