# Affidavit of Process Server

UNITED DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| LAMIS ALKHARSA | VS | BRIAN ILL DEVELOPMENT LLC | NO.08 CIV 4254 (JGK). |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I __BRAD F. STENDER__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __BRIAN ILL OF BRIAN ILL DEVELOPMENT LLC.__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __2 SUMMONS FOR BRIAN ILL AND BRIAN ILL DEVELOPMENT LLC.__

by leaving with __BRIAN ILL__   __DEFENDANT AND OWNER OF COMPANY__   At
  NAME   RELATIONSHIP

☐ Residence _____
  ADDRESS   CITY / STATE

☑ Business  __611 RIVERSIDE AVENUE__   __WESTPORT CT.06880.__
  ADDRESS   CITY / STATE

On __6/17/08.__ AT __5:19 PM.__
  DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
  DATE

from _____
  CITY   STATE   ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) __6/13/08__ __9AM__ (2) __6/14/08__ __10AM__
  DATE   TIME   DATE   TIME

(3) __6/16/08__ __1PM__ (4) _____ _____ (5) _____ _____
  DATE   TIME   DATE   TIME   DATE   TIME

**Description:**. Age __50S__ Sex __M__ Race __W__ Height __5'8__ Weight __AVG.__ Hair __BRN__ Beard __-----__ Glasses __-----__

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __18th__ day of __June__, 20__08__ by _____
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __Connecticut__

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS