| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>LAMIS ALKHARSA<br><br>                                        Plaintiff,<br><br>    - against -<br><br>NEW HANG DAR CONSTRUCTION, INC.<br>JIMMY HO,<br>BRIAN ILL DEVELOPMENT, LLC,<br>BRIAN ILL,<br>MADALEX, LLC,<br>SCOTT EDELSTEIN,<br>ALEX TEREZ,<br>EMPIRE MANAGEMENT AMERICA CORP.<br>AKA EMPIRE MANAGEMENT, and<br>FRED SHALOM<br><br>                                        Defendants.<br>------------------------------------------------------------------X | ECF CASE<br><br>No. 08 CIV 4254 (JGK)<br><br><br><br><br>CERTIFICATE OF<br>SERVICE<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Robert G. Leino, Esq., attorney for plaintiff, Lamis Alkharsa, hereby certify that I served notice of the conference scheduled in the above-captioned matter for July 21, 2008 at 4:30 pm upon attorneys for defendants and/or defendants, New Hang Dar Construction, Inc. Jimmy Ho, Brian Ill Development, LLC, Brian Ill, Madalex, LLC, Scott Edelstein, Alex Terez, Empire Management America Corp. AKA Empire Management, and Fred Shalom by U.S. first-class mail, postage pre-paid on June 25, 2008 at the addresses set forth below

James M. Skelly, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
Attorneys for Defendants
New Hang Dar Construction,
Inc. and Jimmy Ho
530 Saw Mill River Road
Elmsford, New York 10523

Carlie Fitapelli, Esq.
Havkins Rosenfeld Ritzert & Varriale, LLP
Attorneys for Defendants Empire Management and Fred Shalom
114 Old Country Road, Suite 300
Mineola, NY  11501