108140179CAS/sis
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAMIS ALKHARSA,

                              Plaintiff,         Index No. 08 Civ. 4254 (JGK)
                                              **DEFENDANTS DISCLOSURE**
                                                **OF INTERESTED PARTIES**

        -against-

NEW HANG DAR CONSTRUCTION, INC.,
JIMMY HO,
BRIAN ILL DEVELOPMENT, LLC,
BRIAN ILL,
MADALEX, LLC,
SCOTT EDELSTEIN,
ALEX TEREZ,
EMPIRE MANAGEMENT AMERICA CORP.
AKA EMPIRE MANAGEMENT, and
FRED SHALOM,

                                Defendants.
------------------------------------------------------------------------x

        **CHRISTOPHER A. SOUTH,** an attorney for defendants, ***MADALEX, LLC, SCOTT EDELSTEIN and ALEX PEREZ s/h/a ALEX TEREZ,*** having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to FRCP 7.1 upon information and belief:

        ***MADALEX, LLC,*** has no publicly held corporate parents, subsidiaries or affiliates.

Dated: New York, New York
       July 2, 2008

|  |  |
|---|---|
|  | Yours, etc.<br><br>Law Offices of<br>CHARLES J. SIEGEL<br>Attorney for Defendant<br>***MADALEX, LLC, SCOTT EDELSTEIN and ALEX PEREZ s/h/a ALEX TEREZ***<br>Office & P.O. Address<br>40 Wall Street - 7th Floor<br>New York, New York 10005<br>(212) 440-2350<br><br>By:_____<br>   Christopher A. South (CS7212) |

TO:  ROBERT G. LEINO, ESQ.
     Attorneys for Plaintiff
     354 E.91st Street
     Apt. 1101
     New York, NY 10128
     212-289-8357

     James M. Skelly, Esq.
     Marks O'Neill O'Brien & Courtney, P.C.
     Attorneys for Defendants
     New Hange Dar. Construction
     Inc., and Jimmy Ho
     530 Saw Mill River Road
     Elmsford, New York 10523

     Carlie Fitapelli, Esq.
     Havkins Rosenfeld Ritzert & Marriale, LLP
     Attorneys for Defendants
     Empire Management and Fred Shalom
     114 Old Country Road – Suite 300
     Mineola, New York 11501

     Brian Ill and Brian Ill Development, LLC
     611 Riverside Avenue
     Westport, Ct.  06880

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

Sheila I Sample, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in

Brooklyn, New York,

that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the defendant, *MADALEX, LLC, SCOTT EDELSTEIN and ALEX PEREZ s/h/a ALEX TEREZ* herein, that on the    day of July, 2008, she served the within *DEFENDANTS DISCLOSURE OF INTERESTED PARTIES* upon the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose:

TO:
ROBERT G. LEINO, ESQ.
Attorneys for Plaintiff
354 E.91st Street
Apt. 1101
New York, NY 10128
212-289-8357

James M. Skelly, Esq.
Marks O'Neill O'Brien & Courtney, P.C.
Attorneys for Defendants
New Hange Dar. Construction
Inc., and Jimmy Ho
530 Saw Mill River Road
Elmsford, New York 10523

Carlie Fitapelli, Esq.
Havkins Rosenfeld Ritzert & Marriale, LLP
Attorneys for Defendants
Empire Management and Fred Shalom
114 Old Country Road – Suite 300
Mineola, New York 11501

Brian Ill and Brian Ill Development, LLC
611 Riverside Avenue
Westport, Ct.  06880

                                                                                                                                  _____
                                                                                                                                  Sheila I. Sample

Sworn to before me this
  day of July, 2008.