**ROBERT G. LEINO**
**Attorney at Law**
**354 E. 91st Street, Apt. 1101**
**New York, NY 10128**
**(646) 286-5476 (Cell)   (212) 289-8357**
**(212) 289-8919 (fax)**
**rgleino@leinolaw.com**

August 11, 2008

**VIA FAX**

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

      Re: *Alkharsa v. New Hang Dar Construction et al*
          08 CV 4254 (JGK)

Dear Judge Koeltl:

    The attorneys for all parties are in agreement to have a settlement conference for the above-captioned matter. We have cleared Wednesday afternoon, September 3, 2008 for a conference.

    Please So Order this case for referral to the Magistrate for a settlement conference. Thank you for your Honor's cooperation in this matter.

                                          Respectfully,

                                          ROBERT G. LEINO

cc: Lamis Alkharsa
    Kevin W. Connolly, Esq., via email
    Carlie Fitapelli Esq., via email
    Christopher Andrew South Esq., via email
    David Barrett, Esq. via fax