UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
LAMIS ALKHARSA,

Plaintiff,

- against -

NEW HANG DAR CONSTRUCTION, INC., JIMMY HO, BRIAN ILL DEVELOPMENT, LLC, BRIAN ILL, MADALEX, LLC, SCOTT EDELSTEIN, ALEX TEREZ, EMPIRE MANAGEMENT AMERICA CORP. a/k/a EMPIRE MANAGEMENT, and FRED SHALOM,

Defendants.
----------------------------------------------------------------X

**RULE 26 DISCLOSURE**

Docket No.: 08-CIV-4254(JGK)

C O U N S E L :

**PLEASE TAKE NOTICE**, that defendants**, NEW HANG DAR CONSTRUCTION, INC. and JIMMY HO,** by their attorneys, **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.,** makes the following disclosure pursuant to Rule 26(a)(1), of the Federal Rules of Civil Procedure:

(A) The name, and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing parties may use to support their claims or defenses, unless the use will be solely for impeachment:

1. Lamis Alkharsa;

2. Roua Alturkmani (daughter of the plaintiff);

3. Jimmy Ho, 51-58 Manilla Street, First Floor, Elmhurst, New York 11373;

4. Zhui Ying Lin (Employee of New Hang Dar Construction, Inc.), 51-21 Van Loon Street, Elmhurst, New York 11373;

5. Minqing Chen (Employee of New Hang Dar Construction, Inc.), 51-21 Van Loon Street, Elmhurst, New York 11373;

6. Tao Lin (Employee of New Hang Dar Construction, Inc.), 51-21 Van Loon Street, Elmhurst, New York 11373;

7. Brian Ill; 611 Riverside Avenue, Westport, CT 06880;

8. Scott Edelstein, 10 Old Jackson Avenue, Hastings-on-Hudson, New York 10706;

9. Alex Terez, 150 Broad Hollow Road, Melville, New York 11747, and

10. Fred Shalom, 347 Fifth Avenue, New York, New York 10016.

(B) A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing parties have in their possession, custody or control and they will use to support their claims or defenses, unless the use should only be solely for impeachment.

See documents annexed hereto.

(C) A computation of any category of damages claimed by the disclosing parties, who must also make available for inspection, copying, as under Rule 34 of the documents evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of the injuries suffered.

(D) Defendants, **NEW HANG DAR CONSTRUCTION, INC. and JIMMY HO**, are not presently in possession, custody or control of any such documents.

(E) For inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse the payments made to satisfy the judgment:

Defendants, **NEW HANG DAR CONSTRUCTION, INC. and JIMMY HO,** are provided with primary insurance coverage through Aspen Specialty Insurance Company, located at 600 Atlantic Avenue, 20th Floor, Boston, Massachusetts 02210; policy number NC00251-03; policy limits $1,000,000 per occurrence in effect 5/31/07 - 5/31/08.

(F) Expert Disclosure: The Defendants, **NEW HANG DAR CONSTRUCTION, INC. and JIMMY HO**, have not presently retained any expert witness to testify at the time of the trial of this action. Upon the retention of these experts, defendants , **NEW HANG DAR CONSTRUCTION, INC. and JIMMY HO,** will disclose information pertaining to said expert witness(es) pursuant to F.R.C.P. 26(a)(2).

Dated: Elmsford, New York
August 19, 2008

By: ______________________
James M. Skelly (JMS/4844)

By: ______________________
Kevin W. Connolly (KWC/4450)

**MARKS, O'NEILL, O'BRIEN**
**& COURTNEY, P.C.**
Attorneys for Defendants
**NEW HANG DAR CONSTRUCTION,**
**INC. and JIMMY HO**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 495.81794

TO:

**ROBERT G. LEINO, ESQ.**
Attorney for Plaintiff
**LAMIS ALKHARSA**
354 East 91st Street, Apt. 1101
New York, New York 10128
(212) 289-8357

**DAVID I. BARRETT, ESQ.**
Attorney for Defendants
**BRIAN ILL and BRIAN**
**ILL DEVELOPMENT, LLC**
600 Madison Avenue, 22nd Floor
New York, New York 10022
(212) 588-1000

**CHARLES J. SIEGEL, ESQ.**
Attorney for Defendants
**MADALEX, LLC, SCOTT**
**EDELSTEIN and ALEX TEREZ**
40 Wall Street, 7th Floor
New York, New York 10005
(212) 440-2350

**HAVKINS, ROSENFELD,**
**RITZERT & VARRIALE, LLP**
Attorneys for Defendants
**EMPIRE MANAGEMENT AMERICA**
**CORP. a/k/a EMPIRE MANAGEMENT**
**and FRED SHALOM**
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 471-1900

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
: ss:
COUNTY OF WESTCHESTER )

JANICE GRILLO, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Mahopac, New York.

On the day of August, 2008, deponent served the within **RULE 26 DISCLOSURE,** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:

**ROBERT G. LEINO, ESQ.**
Attorney for Plaintiff
**LAMIS ALKHARSA**
354 East 91st Street, Apt. 1101
New York, New York 10128
(212) 289-8357

**DAVID I. BARRETT, ESQ.**
Attorney for Defendants
**BRIAN ILL and BRIAN ILL DEVELOPMENT, LLC**
600 Madison Avenue, 22nd Floor
New York, New York 10022
(212) 588-1000

**CHARLES J. SIEGEL, ESQ.**
Attorney for Defendants
**MADALEX, LLC, SCOTT EDELSTEIN and ALEX TEREZ**
40 Wall Street, 7th Floor
New York, New York 10005
(212) 440-2350

**HAVKINS, ROSENFELD,**
**RITZERT & VARRIALE, LLP**
Attorneys for Defendants
**EMPIRE MANAGEMENT AMERICA**
**CORP. a/k/a EMPIRE MANAGEMENT**
**and FRED SHALOM**
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 471-1900

____________________________
JANICE GRILLO

Sworn to before me on this
day of August, 2008.

______________________
NOTARY PUBLIC

# ACORD CERTIFICATE OF LIABILITY INSURANCE

OP ID JH NEWHA-1 | DATE (MM/DD/YY) 10/16/

PRODUCER

Wilkin Chu & Associates Inc.
41-47 150th Street
Flushing NY 11355
Phone: 718-359-2000 Fax: 718-359-2194

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED

New Hang Dar Construction Inc.
51-21 Van Loon Street 1st Fl.
Elmhurst NY 11373

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Aspen Specialty Insurance | |
| INSURER B: Zurich Ins Co | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | NC000251-03 | 05/31/07 | 05/31/08 | EACH OCCURRENCE | $ 1000000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 50000 |
| | | | | | | MED EXP (Any one person) | $ 5000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1000000 |
| | | | | | | GENERAL AGGREGATE | $ 2000000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 1000000 |
| | | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | EXCESS/UMBRELLA LIABILITY<br>[ ] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE<br>RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | | OTHER<br>Disability | 5359489-001 | 01/01/07 | 12/31/07 | Disabilit | Statutor |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

Job site: 216 8th Avenue, New York, NY/Additional insured: Chelsea 8th Avenue LLC, and Empire Management and Qdoba Restaurant Corp., as additional insured.

CERTIFICATE HOLDER

CHELSEA

Chelsea 8th Avenue LLC
347 5th Avenue Suite 1600
New York NY 10016

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRA DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 20 DAYS WRITT NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SH IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OF REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2001/08)

© ACORD CORPORATION 1



New York State Insurance Fund
*Workers' Compensation & Disability Benefits Specialists Since 1914*
199 CHURCH STREET, NEW YORK, N.Y. 10007-1100
Phone: (212) 587-5606

# CERTIFICATE OF WORKERS' COMPENSATION INSURANCE

^^^^^^

NEW HANG DAR CONSTRUCTION INC
51-21 VAN LOON STREET-1ST FLOOR
ELMHURST NY 11373

| POLICYHOLDER | CERTIFICATE HOLDER |
|---|---|
| NEW HANG DAR CONSTRUCTION INC<br>51-21 VAN LOON STREET-1ST FLOOR<br>ELMHURST NY 11373 | CHELSEA 8TH AVENUE LLC<br>347 5TH AVENUE SUITE 1600<br>NEW YORK NY 10016 |

| POLICY NUMBER | CERTIFICATE NUMBER | PERIOD COVERED BY THIS CERTIFICATE | DATE |
|---|---|---|---|
| Q 1478 790-7 | 952181 | 05/15/2007 TO 05/15/2008 | 10/18/2007 |

THIS IS TO CERTIFY THAT THE POLICYHOLDER NAMED ABOVE IS INSURED WITH THE NEW YORK STATE INSURANCE FUND UNDER POLICY NO. 1478 790-7 UNTIL 05/15/2008, COVERING THE ENTIRE OBLIGATION OF THIS POLICYHOLDER FOR WORKERS' COMPENSATION UNDER THE NEW YORK WORKERS' COMPENSATION LAW WITH RESPECT TO ALL OPERATIONS IN THE STATE OF NEW YORK, EXCEPT AS INDICATED BELOW, AND, WITH RESPECT TO OPERATIONS OUTSIDE OF NEW YORK, TO THE POLICYHOLDER'S REGULAR NEW YORK STATE EMPLOYEES ONLY.

IF SAID POLICY IS CANCELLED, OR CHANGED PRIOR TO 05/15/2008 IN SUCH MANNER AS TO AFFECT THIS CERTIFICATE, 10 DAYS WRITTEN NOTICE OF SUCH CANCELLATION WILL BE GIVEN TO THE CERTIFICATE HOLDER ABOVE. NOTICE BY REGULAR MAIL SO ADDRESSED SHALL BE SUFFICIENT COMPLIANCE WITH THIS PROVISION. THE NEW YORK STATE INSURANCE FUND DOES NOT ASSUME ANY LIABILITY IN THE EVENT OF FAILURE TO GIVE SUCH NOTICE.

THIS CERTIFICATE DOES NOT APPLY TO BUILDING DEMOLITION

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS NOR INSURANCE COVERAGE UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY.

NEW YORK STATE INSURANCE FUND
John Manetti
DIRECTOR, INSURANCE FUND UNDERWRITING

U-26.3 This certificate can be validated on our web site at https://www.nysif.com/cert/certval.asp or by calling (888) 875-5790
VALIDATION NUMBER: 562505341




# Work Permit Department of Buildings

**Permit Number:** 104929561-01-EQ-FN **Issued:** 10/15/2007 **Expires:** 12/31/2007

**Address:** MANHATTAN 216 8 AVENUE

**Description of Work:**

ALT2 - CONSTRUCTION EQUIPMENT - FENCE

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

**Emergency Telephone Day or Night:** 311

**Borough Commissioner:** [signature] **Commissioner of Buildings:** [signature]

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

OP-35A (2/05)

NYC BUILDINGS

# Work Permit Department of Buildings

**Permit Number:** 104929561-01-EW-OT **Issued:** 10/15/2007 **Expires:** 04/01/2008

**Address:** MANHATTAN 216 8 AVENUE

**Description of Work:**

ALT2 - GC
removal of partitions, counters, duct work and hood, plumbing fixtures and

For detailed information regarding this permit, please log on to BISWeb at www.nyc.gov/buildings

**Emergency Telephone Day or Night:** 311

**Borough Commissioner:** Christopher M Santulli **Commissioner of Buildings:** [signature]

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

OP 35A (2/05)

# NEW HANG DAR CONSTRUCTION INC.

**51-21 Van Loon Street**
**Elmhurst, NY 11373**

October 10, 2007

Mr. Brian Ill
Brian ILL Development LLC
ARCHITECT

***PROJECT:*** Qdoba Mexican Grill
216 Eighth Avenue
New York, NY

**Contract Agreement**

**Scope of work and price breakout:**

GENERAL CONIDITIONS............Included
Insurances, site supervision etc.

***CLEANING AND REFUSE***........... Included

*STOREFRONT*...Construction fence per NYC code.
Windows and doors per plan and spec.
***CARPENTRY***...Partitions, ceilings, wall finishes
per standard Qdoba design criteria.
***ELECTRICAL***...........Not part of this agreement..
Per plan and spec. Using buildings existing service.
***PLUMBING***..................................................
Per plan and spec. Not part of this agreement.
Includes mop sink and waste levers for all sinks.
***HVAC***..............Not part of this agreement
Reuse existing HVAC unit.
*EXHAUST*........Not part of this agreement
(revise exist. exhaust. Duct )

***FINISHES***
As per standard Qdoba plan and spec.
*DOORS AND HARDWARE*................................
Per plan and spec.

***PAINTING***
Per plan and standard Qdoba specifications.

***TILE***......As per Odoba plan and specifications.

***MISCELLANEOUS***......................................
RECEIVE OWNER SUPPLIED ITEMS, DISCARD
*REFUSE AND SET IN PLACE*..............................
CORE DRILL TABLE BASES................................

***TOTAL CONTRACT AMOUNT FOR THE ABOVE SERVICES THE SUM OF***.....................................................................$ 72,000.00

Our proposal includes supervision of construction and the coordination of owner supplied items. (Small wares and food items are not included)

Exclusions:

- Overtime & phasing
- Front counter. sneeze guard and ceiling fan unit.
- Signage and sign permitting
- Any work required beyond demised space.
- Alarm system and cable TV system work
- Hazardous Waste and/or Asbestos removal

Progress Payments:

Due upon signing initial agreement.........................................$20,000.00

Due upon completion of roughing.............................................$20,000.00

Due upon equipment delivery to site.........................................$20,000.00

Due upon completion of construction, sign-offs and approvals.........$12,000.00

Brian ILL

Brian ILL Owners representative

New Hang Dar Construction Inc.

Jimmy Ho, President

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS

ALBANY, NY 12231-0001

FILING RECEIPT

ENTITY NAME: NEW HANG DAR CONSTRUCTION INC.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)

COUNTY: QUEE

SERVICE COMPANY: INTERSTATE FILING CORPORATION

SERVICE CODE: F0 *

FILED:11/30/2004 DURATION:PERPETUAL CASH#:041130000404 FILM #:041130000380

ADDRESS FOR PROCESS

ZHUI YING LIN
51-21 VAN LOON STREET 1/FL
ELMHURST, NY 11373

EXIST DATE

11/30/2004

REGISTERED AGENT

STOCK: 200 NPV

FILER

CAAT INC
17 EAST BROADWAY #204

NEW YORK, NY 10002

| FEES | 160.00 | PAYMENTS | 160.00 |
|---|---|---|---|
| FILING | 125.00 | CASH | 0.00 |
| TAX | 10.00 | CHECK | 0.00 |
| CERT | 0.00 | CHARGE | 0.00 |
| COPIES | 0.00 | DRAWDOWN | 160.00 |
| HANDLING | 25.00 | BILLED | 0.00 |
| | | REFUND | 0.00 |

NEW

DOS-1025 (11/89)