| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |
| ------------------------------------------------------------------X | |
| LAMIS ALKHARSA | : No. 08 CIV 4254 (JGK) |
| Plaintiff, | : |
| - against - | : |
|  | : CERTIFICATE OF |
| NEW HANG DAR CONSTRUCTION, INC.<br>JIMMY HO,<br>BRIAN ILL DEVELOPMENT, LLC,<br>BRIAN ILL,<br>MADALEX, LLC,<br>SCOTT EDELSTEIN,<br>ALEX TEREZ,<br>EMPIRE MANAGEMENT AMERICA CORP.<br>AKA EMPIRE MANAGEMENT, and<br>FRED SHALOM | : SERVICE<br><br><br><br><br><br><br><br><br>: JURY TRIAL DEMANDED |
| Defendants. | : |
| ------------------------------------------------------------------X | |

## CERTIFICATE OF SERVICE

I, Robert G. Leino, Esq., attorney for plaintiff, Lamis Alkharsa, hereby certify that I served Plaintiff's, Lamis Alkharsa's, Answers to the Interrogatories and Request for Production of defendant, New Hang Dar Construction, Inc., upon attorneys for defendants, New Hang Dar Construction, Inc. Jimmy Ho, Brian Ill Development, LLC, Brian Ill, Madalex, LLC, Scott Edelstein, Alex Terez, Empire Management America Corp. AKA Empire Management, and Fred Shalom by U.S. first-class mail, postage pre-paid on September 2, 2008 at the addresses set forth below and by email or fax on September 1, 2008 as set forth below:

James M. Skelly, Esq.:  email to jmskelly@mooclaw.com
Kevin W. Connolly, Esq.: email to KConnolly@mooclaw.com
Marks, O'Neill, O'Brien & Courtney, P.C.
Attorneys for Defendants
New Hang Dar Construction,
Inc. and Jimmy Ho
530 Saw Mill River Road
Elmsford, New York 10523

Carlie Fitapelli, Esq.: email to Carlie.Fitapelli@hrrvlaw.com
Havkins Rosenfeld Ritzert & Varriale, LLP
Attorneys for Defendants Empire Management and Fred Shalom
114 Old Country Road, Suite 300
Mineola, NY 11501

Christopher Andrew South, Esq.: email to Christopher.South@CNA.com
Law Office of Charles J. Siegel
Attorneys for Defendants Madalex, LLC, Scott Edelstein, and Alex Terez
40 Wall Street-7th Floor
New York, NY 10005

David Barrett, esq.: fax to 212-588-0118
Attorney for Brian Ill and Brian Ill Development LLC
611 Riverside Avenue
Westport, CT 06880

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 2, 2008

By: _____
ROBERT G. LEINO (RL-4082)
Attorney for Plaintiff
354 E. 91st Street, Apt. 1101
New York, NY 10128
212-289-8357
212-289-8919 (Fax)
rgleino@leinolaw.com